850.655:RMB

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INS. CO. a/s/o GLORIA A. PEREZ, ) ) ) Plaintiff, ) ) Case No. vs. ) ) UNITED STATES OF AMERICA, ) PLAINTIFF DEMANDS TRIAL BY JURY ) Defendant. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY as subrogee of GLORIA A. PEREZ, by and through its attorneys, Russell M. Barnett & Associates, LLC, and complaining of the Defendant, the UNITED STATES OF AMERICA (hereinafter "USA"), states as follows:

## JURISDICTION AND VENUE

Jurisdiction is founded upon 28 U.S.C. § 1346, as the United States government is a defendant in the instant matter.

Venue is proper in this Court pursuant to U.S.C. § 1391 in that a substantial part of the events, acts or omissions giving rise to this claim occurred within the Northern District of Illinois.

1. Plaintiff STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is the bona fide owner of the claims and causes of actions set forth below, having obtained the same by reason of payments made to or on behalf of its insured, GLORIA A. PEREZ, pursuant

to its policy of insurance numbered G687-132-13, which insured said policyholder's motor vehicle against the risk of damage.

2. That on May 11, 2020, Plaintiff's subrogor was operating her motor vehicle in an eastbound direction on McDonough Street, at or near its intersection with Larkin Avenue, in the City of Joliet, County of Will, State of Illinois.

3. That on the aforesaid date, postal worker Tierria Straight was in the normal course of her employment and operating a motor vehicle owned by the United States Postal Service in a westbound direction on McDonough Street, at or near its intersection with Larkin Avenue, in the City of Joliet, County of Will, State of Illinois.

4. That at all times herein pertinent, Plaintiff and Plaintiff's subrogor were in the exercise of all due care and caution for the safety of their property and the property of others.

5. That it then and there became and was the duty of Defendant USA, by and through its authorized agent and employee, to exercise reasonable care and caution in the safe operation, maintenance, possession and control of its motor vehicle, and to operate said motor vehicle in such a manner as to avoid damaging vehicles and persons lawfully upon the roadway.

6. Notwithstanding its duty to Plaintiff and Plaintiff's subrogor, at the aforementioned time and place, Defendant USA, by and through its authorized agent and employee, was then and there guilty of one or more of all of the following careless negligent acts and/or omissions:

    a. failing to maintain control over said motor vehicle;

    b. failing to keep a proper look-out for other motor vehicles lawfully upon the roadway;

    c. operating said motor vehicle at a speed which was greater than reasonable and proper, contrary to and in violation of the provisions of the Illinois Motor Vehicle Code;

    d.    failing to decrease the speed of said motor vehicle so as to avoid striking the Plaintiff's subrogor's motor vehicle;

    e.    failing to stop or alter the movement or direction of said motor vehicle so as to avoid striking Plaintiff's subrogor's motor vehicle, contrary to and in violation of the provisions of the Illinois Motor Vehicle Code;

    f.    failing to yield the right-of-way to Plaintiff's subrogor's motor vehicle, contrary to and in violation of the provisions of the Illinois Motor Vehicle Code; and

    g.    failing to obey a traffic signal, contrary to and in violation of the provisions of the Illinois Motor Vehicle Code.

7. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of Defendant USA, by and through its authorized agent and employee, the Plaintiff's subrogor's motor vehicle struck the Defendant's vehicle, resulting in severe and extensive property damage, all to the loss and detriment of the Plaintiff in the amount of $6,407.32.

WHEREFORE, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY as subrogee of GLORIA A. PEREZ, respectfully requests judgment be entered in its favor and against Defendant, UNITED STATES OF AMERICA, in the amount of $6,407.32 plus the costs of this action.

**JURY DEMAND**

Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY as subrogee of GLORIA A. PEREZ, demands a trial by jury.

        Respectfully submitted,

        STATE FARM MUTUAL AUTOMOBILE INSURANCE
        COMPANY as subrogee of GLORIA A. PEREZ,

      By: /s/__ Russell M. Barnett_____
        One of Plaintiff's attorneys

Russell M. Barnett - 6224426
Russell M. Barnett & Associates, LLC
400 South County Farm Road, Suite 200
Wheaton, Illinois 60187
Phone: 630.344.6553
Fax:  630.871.0224
rbarnett@rmblawfirm.com